# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES - TRIAL

| | |
|---|---|
| Case No. | LA CR 20-00536-DMG |
| Date | December 3, 2024 |
| Present: The Honorable | Dolly M. Gee, Chief United States District Judge |
| Interpreter | Anna Maurera & Joel Rojano, Tagalog interpreters |

| Derek Davis | Laura Elias | Roger Hsieh / Matthew Coe-Odess |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| 1) Nita Almuete Paddit Palma | ✓ | ✓ | | 1) Paul Aquino | | | ✓ |
| | | | | 1) Gregory Nicolaysen, CJA | ✓ | ✓ | |
| 2) Percy Abrams | ✓ | | ✓ | 2) Ian Wallach, CJA | ✓ | ✓ | |

___ Day COURT TRIAL    1st Day JURY TRIAL    ___ Death Penalty Phase

___ One day trial;  ✓ Begun (1st day);  ✓ Held & continued;  ___ Completed by jury verdict/submitted to court.

✓ The Jury is impaneled and sworn.

✓ Opening statements made by Government, Nita Almuete Paddit Palma, and Percy Abrams

✓ Witnesses called, sworn and testified.

✓ Exhibits identified    ✓ Exhibits admitted

✓ Case continued to December 4, 2024 at 8:45 a.m. for further trial/further jury deliberation.

✓ Other: The parties shall be prepared to discuss any possible *Bruton* issue.

4 : 46

Initials of Deputy Clerk  DD