# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES - TRIAL

| | |
|---|---|
| Case No. | LA CR 20-00536-DMG |
| Date | December 11, 2024 |
| Present: The Honorable | Dolly M. Gee, Chief United States District Judge |
| Interpreter | Joel Rojano, Tagalog interpreter |

| Derek Davis | Laura Elias | Roger Hsieh / Matthew Coe-Odess |
|---|---|---|
| Deputy Clerk | Court Reporter/Recorder | Assistant U.S. Attorney |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| | | | | 1) Paul Aquino | ✓ | | ✓ |
| 1) Nita Almuete Paddit Palma | ✓ | ✓ | | 1) Gregory Nicolaysen, CJA | ✓ | ✓ | |
| 2) Percy Abrams | ✓ | | ✓ | 2) Ian Wallach, CJA | ✓ | ✓ | |

___ Day COURT TRIAL     6th Day JURY TRIAL     ___ Death Penalty Phase

___ One day trial;  ___ Begun (1st day);  ___ Held & continued;  ✓ Completed by jury verdict/submitted to court.

✓ Closing arguments made    ✓ Court instructs jury    ✓ Bailiff sworn

✓ Clerk reviewed admitted exhibits with counsel to be submitted to the Jury/Court for deliberations/findings.

✓ Alternates excused    ✓ Jury retires to deliberate    ___ Jury resumes deliberations

___ Finding by Court as follows:    ✓ Jury Verdict as follows:

|  | Guilty on count(s) | Not Guilty on count(s) |
|---|---|---|
| Dft #1 | ✓ ALL COUNTS | |
| Dft #2 | ✓ ALL COUNTS | |

___ Jury polled    ✓ Polling waived

✓ Filed Witness & Exhibit lists    ✓ Filed Jury notes    ✓ Filed Jury Instructions    ✓ Filed Jury Verdict

✓ Dft # 1, 2  Referred to Probation Office for Investigation & Report and continued to April 23, 2025 at 11:00 am for sentencing.

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - TRIAL**

✓ Other:

The Court appoints Gregory Nicolaysen as co-counsel for Defendant Nita Palma for the purposes of sentencing.

The Court denies Defendant Nita Palma's and Percy Abram's oral Motions for Judgment of Acquittal (FRCrP 29).

The Court denies Defendant Abram's Request for Modified Jury Instructions and Presentation of Video on Implicit Bias [Doc. # 186] as moot.

cc: CJA, USPPO

3 : 44

Initials of Deputy Clerk   DD