# LIST OF EXHIBITS AND WITNESSES

| Case Number | LA CR 20-00536-DMG | Title | United States of America v. Nita Almuete Paddit Palma, et al |
|---|---|---|---|
| Judge | DOLLY M. GEE, CHIEF UNITED STATES DISTRICT JUDGE | | |
| Dates of Trial or Hearing | December 3, 2024 - December 11, 2024 | | |
| Court Reporters or Tape No. | Laura Elias | | |
| Deputy Clerks | Derek Davis | | |

**F I L E D**
CLERK, U.S. DISTRICT COURT

Dec 11, 2024

CENTRAL DISTRICT OF CALIFORNIA
BY: _____ DD _____ DEPUTY

| Attorney(s) for Plaintiff(s) / Petitioner(s) | Attorney(s) for Defendant(s) / Respondent(s) |
|---|---|
| Roger Hsieh | 1) Paul Aquino |
| Matthew Coe-Odess | 1) Gregory Nicolaysen |
| | 2) Ian Wallach |
| | |
| | |

| Plaintiff(s) or Petitioner(s) | | | Defendant(s) or Respondent(s) | | | EXHIBIT DESCRIPTION / WITNESS | Called By |
|---|---|---|---|---|---|---|---|
| Ex. No. | Id. | Ev. | Ex. No. | Id. | Ev | | |
| | | | | | | Percy Abrams | Defendant |
| | | | | | | SEE ATTACHED EXHIBITS AND WITNESS LISTS | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

GOVERNMENT'S WITNESS LIST
United States v. Palma and Abrams, No. 2:20-CR-536-DMG

| NO. | WITNESS |
|-----|---------|
| 1. | Dr. Mogbonjubola Adeyemo    DEC -5 2024 |
| 2. | Dr. Ashok Agarwal |
| 3. | Dr. Evelyn Basco    DEC 10 2024 |
| 4. | HHS-OIG Special Agent Neal Bernard |
| 5. | Stacey Coleman    DEC -4 2024 |
| 6. | Peter Clark (HHS-OIG)    DEC -3 2024 |
| 7. | Delores Jones Cotledge |
| 8. | Dr. Mehmet Demirozu    DEC -5 2024 |
| 9. | Dr. Christopher Distasio    DEC -5 2024 |
| 10. | Dr. Thelma Fernandez    DEC -5 2024 |
| 11. | Esmeralda Gamayon    DEC 10 2024 |
| 12. | Jennie Padilla Guzman    DEC -5 2024 |
| 13. | Cheryl Gundry    DEC -5 2024 |
| 14. | Dr. David Kawashiri    DEC -5 2024 |
| 15. | Dr. Daniel Linares |
| 16. | Wesley McDuffie    DEC -5 2024 |
| 17. | Thelma Nora    DEC -5 2024 |
| 18. | Goar Karapetyan |
| 19. | Maricris Pascua    DEC 10 2024 |
| 20. | Dr. Ronald Pham    DEC -5 2024 |
| 21. | HHS-OIG Special Agent Joshua Preuss    DEC -4 2024    DEC -9 2024 |
| 22. | Dr. Andreas Subadya |
| 23. | Michelle Vargas    DEC -4 2024 |
| 24. | Cora Villespin    DEC 10 2024 |

| No. | Description | Date Identified | Date Admitted |
|-----|-------------|-----------------|---------------|
| **Medicare Records** | | | |
| 1 | Certified Medicare Enrollment Form for Magnolia Gardens | December 4, 2024 | December 4, 2024 |
| 2 | Nita Palma 1997 Medicare Exclusion | December 3, 2024 | December 3, 2024 |
| 3 | Documents re 2011 Medicare Exclusion | | |
| 4 | 1006 Summary Chart: Magnolia Gardens Hospice Certified Claims Submitted to Medicare (2015-16) | December 4, 2024 | December 4, 2024 |
| 5 | 1006 Summary Chart: Certified Claims (Charged Counts) | December 4, 2024 | December 4, 2024 |
| 6 | Public Record of Palma's Medicare Exclusions | December 3, 2024 | December 3, 2024 |
| 7 | 2009 Federal Conviction Record | | |
| 8 | 2008 Indictment | | |
| 9 | Certified Magnolia Gardens Hospice EFT Authorization Agreement | December 4, 2024 | December 4, 2024 |
| 10 | Certified Magnolia Gardens Hospice EDI Enrollment Agreement (8/4/15) | | |
| 11 | Certified Purchase Agreement (submitted to Medicare) | December 4, 2024 | December 4, 2024 |
| 12 | Exclusion Search Results from M. Vargas | December 4, 2024 | December 4, 2024 |

| No. | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 13 | 1006 Summary Chart: Deceased Beneficiaries | **December 3, 2024** | **December 3, 2024** |
| 14 | 2010 Notice of Intent to Exclude Letter | **December 4, 2024** | **December 4, 2024** |
| 15 | Magnolia Medical Review: 1/1/15 – 11/29/15 | **December 4, 2024** | **December 4, 2024** |
| 16 | Magnolia Medical Review: 6/18/15 – 10/31/16 | **December 4, 2024** | **December 4, 2024** |
| 17 | Magnolia Medical Review: 3/1/16 – 3/31/17 | **December 4, 2024** | **December 4, 2024** |
| 18 | Magnolia Medical Review: Magnolia Submitted Documents | **December 4, 2024** | **December 4, 2024** |
| 19 | 1006 Summary Chart: Discharge Rates | **December 4, 2024** | **December 4, 2024** |
| 20 | Certified Medicare Claims Data – All | | |
| 21 | Certified Medicare Claims Data – Charged Counts | | |
| **CORPORATE DOCUMENTS** | | | |
| 100 | 2015.07.22 Magnolia Gardens Hospice Purchase Agreement | **December 4, 2024** | **December 4, 2024** |
| 101 | Visionary, Inc. - Articles of Incorporation and B of A Registration | **December 4, 2024** | **December 4, 2024** |
| 102 | Magnolia Statement of Information (2014) | | |

| No. | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 103 | Magnolia Statement of Information (2017) | **December 9, 2024** | **December 9, 2024** |
| 104 | Magnolia - Checks to Purchase | **December 4, 2024** | **December 4, 2024** |
| 105 | C@A Hospice - Sale and Purchase Agreement | | |
| 106 | Michelle Vargas Initials and Signature | | |
| 107 | Michelle Vargas Contact Number for N. Palma | **December 4, 2024** | **December 4, 2024** |
| **BANK RECORDS** | | | |
| 200 | Magnolia Certified Checks (Charged Palma Counts) | **December 4, 2024** | **December 4, 2024** |
| 201 | Magnolia Certified Checks (Charged Abrams Counts) | **December 4, 2024** | **December 4, 2024** |
| 202 | Magnolia Certified Checks (Additional) | **December 4, 2024** | **December 4, 2024** |
| 203 | 902(11) Magnolia Bank of America Account (0802) | | |
| 204 | Magnolia/C@A Checks to Abrams | **December 4, 2024** | **December 4, 2024** |
| 205 | [Intentionally Left Blank] | | |
| 206 | Checks from other Hospices to P. Abrams | **December 4, 2024** | **December 4, 2024** |

| No. | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 207 | 1006 Summary Chart: Checks from Hospices to Abrams | December 4, 2024 | December 4, 2024 |
| 208 | [Intentionally Left Blank] | | |
| 209 | Magnolia/C@A Checks to M. Pascua | December 9, 2024 | December 9, 2024 |
| 210 | Magnolia Signature Cards | December 4, 2024 | December 4, 2024 |
| 211 | C@A Signature Cards | December 9, 2024 | December 9, 2024 |
| 212 | Magnolia Bank Statements | December 9, 2024 | December 9, 2024 |
| 213 | Magnolia Checks | December 9, 2024 | December 9, 2024 |
| **MEDICAL RECORDS** | | | |
| 300 | M.D. Medical Records (all) | December 4, 2024 | December 4, 2024 |
| 301 | M.D. Medical Records (subset) | December 4, 2024 | December 4, 2024 |
| 302 | M.D. Patient Intake Sheet | | |
| 303-309 | [Intentionally Left Blank] | | |
| 310 | W.M. Medical Records (all) | December 4, 2024 | December 4, 2024 |
| 311 | [Intentionally left blank] | | |

| No. | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 312 | W.M. Medical Records (subset) | December 4, 2024 | December 4, 2024 |
| 313-319 | [Intentionally Left Blank] | | |
| 320 | S.H. Medical Records (all) | December 4, 2024 | December 4, 2024 |
| 321 | S.H. Medical Records (subset) | December 4, 2024 | December 4, 2024 |
| 322-329 | [Intentionally Left Blank] | | |
| 330 | D.J.C. Medical Records (all) | December 4, 2024 | December 4, 2024 |
| 331-339 | [Intentionally Left Blank] | | |
| 340 | J.P.G. Medical Records (all) | December 4, 2024 | December 4, 2024 |
| 341 | [Intentionally left blank] | | |
| 342 | J.P.G. Medical Records (subset) | December 4, 2024 | December 4, 2024 |
| 343 | J.P.G. Medical Records (subset) | December 4, 2024 | December 4, 2024 |
| 344 | J.P.G. Medical Records (subset) | December 4, 2024 | December 4, 2024 |
| 345 | J.P.G. Patient Intake | December 4, 2024 | December 4, 2024 |
| 346-349 | [Intentionally Left Blank] | | |

| No. | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 350 | E.W. Medical Records (all) | **December 4, 2024** | **December 4, 2024** |
| 351 | [Intentionally left blank] | | |
| 352 | E.W. Medical Records (subset) | **December 4, 2024** | **December 4, 2024** |
| 353 | E.W. Patient Intake | | |
| 354-359 | [Intentionally Left Blank] | | |
| 360 | T.N. Medical Records (all) | **December 4, 2024** | **December 4, 2024** |
| 361 | [Intentionally left blank] | | |
| 362 | T.N. Medical Records (subset) | **December 4, 2024** | **December 4, 2024** |
| 363 | T.N. Patient Intake | | |
| 364-369 | [Intentionally Left Blank] | | |
| 370 | A.H. Medical Records (all) | **December 4, 2024** | **December 4, 2024** |
| 371 | A.H. Medical Records (subset) | **December 4, 2024** | **December 4, 2024** |
| **SEARCH WARRANT RECORDS** | | | |
| 400 | Sketch of Magnolia | **December 4, 2024** | **December 4, 2024** |
| 401 | Portions of notebook tracking payments | | |
| 402 | Pardon Application | | |

| No. | Description | Date Identified | Date Admitted |
|-----|-------------|-----------------|---------------|
| 403 | Sketch of C@A | December 4, 2024 | December 4, 2024 |
| 404 | 11/14/16 Employee Warning Notice | December 4, 2024 | December 4, 2024 |
| 405 | Resignation of Dr. Basco | December 4, 2024 | December 4, 2024 |
| 406 | 2015 Patient Census Report with Marketers | December 4, 2024 | December 4, 2024 |
| 407 | Pre-Signed Thropay Signature | December 4, 2024 | December 4, 2024 |
| 408 | February 2017 Overtime and ADR list | | |
| 409 | D.J.C. Patient Intake | December 4, 2024 | December 4, 2024 |
| 410 | T.N. Patient Intake | December 4, 2024 | December 4, 2024 |
| 411 | 8/6/2015 Thropay attached signature | December 4, 2024 | December 4, 2024 |
| 412 | 9/30/15 CTI re P.H.C. | December 4, 2024 | December 4, 2024 |
| 413 | 10/20/2015 visit notes for A.G. | December 4, 2024 | December 4, 2024 |
| 414 | Payroll for C@A, Magnolia, and Mobility | | |

| No. | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 415 | Promissory Notes between N. Palma and Ohanian | | |
| 416 | 1/13/2017 printed email with C. Black and N. Palma | **December 4, 2024** | |
| 417 | C@A payment notebook for M. Pascua | **December 4, 2024** | **December 4, 2024** |
| 418 | C@A payment notebook for P. Abrams | **December 4, 2024** | **December 4, 2024** |
| 419 | C@A payment notebook for V. Turner | **December 4, 2024** | **December 4, 2024** |
| 420 | C@A payment notebook for C. Black | **December 4, 2024** | **December 4, 2024** |
| 421 | Scanned subset of C@A payment notebook for P. Abrams | | |
| 422 | Scanned subset of C@A payment notebook for V. Turner | | |
| 423 | Scanned subset of C@A payment notebook for C. Black | | |
| **EMAILS/TEXT MESSAGES** | | | |
| 500 | [Intentionally Left Blank] | | |
| 501 | 4/17/17 Email from N. Palma to P. Abrams re List of Clients | **December 9, 2024** | **December 9, 2024** |
| 502 | 9/28/15 Emails from N. Palma to C. Black re referrals | | |

8

| No. | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 503 | 1/6/16 Text from J. Thropay to N. Palma re S.H. | | |
| 504 | [Intentionally Left Blank] | | |
| 505 | 12/6/15 Text from A. Subadya to N. Palma re patients | | |
| 506 | [Intentionally Left Blank] | | |
| 507 | 12/31/15 Email from C. Black re A.H. | | |
| 508 | 4/16/17 Email from P. Abrams re Client Referrals | **December 9, 2024** | **December 9, 2024** |
| 509 | 2/24/17 Email from P. Abrams to N. Palma re T.N. | | |
| 510 | 10/17/2016 Email from P. Abrams to N. Palma re K.A. | | |
| 511 | 1/2/16 Text from J. Thropay to N. Palma re: D.S. Son Upset | **December 9, 2024** | **December 9, 2024** |
| 512 | 1/2/16 Text from J. Thropay to N. Palma re: S.H. | **December 9, 2024** | **December 9, 2024** |
| 513 | 1/5/16 Text from J. Thropay to N. Palma re: Issues with Marketers | **December 9, 2024** | **December 9, 2024** |
| 514 | 1/13/16 Text from J. Thropay to N. Palma re: Resignation | **December 9, 2024** | **December 9, 2024** |
| 515 | 2/5/16 Text from J. Thropay to N. Palma re: No More Billing for Hospice | | |
| **VIDEOS/RECORDINGS** | | | |
| 600 | June 2017 audio recording of interview of N. Palma | | |

9

| No. | Description | Date Identified | Date Admitted |
|-----|-------------|-----------------|---------------|
| 601 | February 2018 audio recording of interview with P. Abrams | | |
| 602 | February 2017 undercover video recording of P. Abrams and Beneficiary T.N. | | |
| 603 | September 2017 audio recording of interview with M.V. | | |
| 604 | December 2019 audio recording of interview with M.V. | | |
| 605 | Nita Palma June 28, 2017 Transcript | | |
| 606 | Clip 1 from Exhibit 600: N. Palma's work at C@A | **December 9, 2024** | **December 9, 2024** |
| 607 | Clip 2 from Exhibit 600: N. Palma's exclusion | **December 9, 2024** | **December 9, 2024** |
| 608 | Clip 3 from Exhibit 600: N. Palma's bookkeeping | **December 9, 2024** | **December 9, 2024** |
| 609 | Clip 4 from Exhibit 600: N. Palma's knowledge | | |
| 610 | Clip 5 from Exhibit 600: other people being jealous | **December 9, 2024** | **December 9, 2024** |
| 611 | Clip 6 from Exhibit 600: N. Palma processing payments | | |
| 612 | Abrams recorded Interview February 13, 2018 transcript | | |

| No. | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 613 | Clip 1 from Exhibit 601: P. Abrams as consultant | December 9, 2024 | December 9, 2024 |
| 614 | Clip 2 from Exhibit 601: P. Abrams on N. Palma | | |
| 615 | Clip 3 from Exhibit 601: P. Abrams on training | | |
| 616 | Clip 4 from Exhibit 601: P. Abrams on hospice qualifications | December 9, 2024 | December 9, 2024 |
| 617 | Clip 5 from Exhibit 601: P. Abrams on payment per patient | December 9, 2024 | December 9, 2024 |
| 618 | Clip 6 from Exhibit 601: P. Abrams on A. Catbagan | | |
| 619 | Clip 7 from Exhibit 601: P. Abrams on payment per patient | December 9, 2024 | December 9, 2024 |
| 620 | Clip 8 from Exhibit 601: P. Abrams on N. Palma | | |
| 621 | Clip 9 from Exhibit 601: P. Abrams on legality of financial incentives | December 9, 2024 | December 9, 2024 |
| 622 | Clip 10 from Exhibit 601: P. Abrams on concerns over fraud | | |
| 623 | Clip 11 from Exhibit 601: P. Abrams on payment per patient | December 9, 2024 | December 9, 2024 |
| 624 | Clip 12 from Exhibit 601: P. Abrams on payment per patient, different paycheck amounts | | |
| 625 | Clip 13 from Exhibit 601: P. Abrams on payment | | |

| No. | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 626 | Clip 14 from Exhibit 601: P. Abrams on payment per patient | **December 9, 2024** | **December 9, 2024** |
| 627 | Clip 15 from Exhibit 601: P. Abrams on anti-kickback statute | **December 9, 2024** | **December 9, 2024** |
| 628 | Transcript of UC interview with P. Abrams February 2017 | | |
| 629 | Clip 1 from Exhibit 602: Introduction with P. Abrams | **December 4, 2024** | **December 4, 2024** |
| 630 | Clip 2 from Exhibit 602: Introduction with P. Abrams (continued) | | |
| 631 | Clip 3 from Exhibit 602: Introduction with P. Abrams (continued) | | |
| 632 | Clip 4 from Exhibit 602: P. Abrams on hospice qualifications | **December 4, 2024** | **December 4, 2024** |
| 633 | Clip 5 from Exhibit 602: P. Abrams on hospice qualifications | **December 4, 2024** | **December 4, 2024** |
| 634 | Clip 6 from Exhibit 602: P. Abrams on whether patients need hospice | **December 4, 2024** | **December 4, 2024** |
| 635 | Clip 7 from Exhibit 602: P. Abrams on legality of kickbacks | **December 4, 2024** | **December 4, 2024** |
| 636 | Clip 8 from Exhibit 602: P. Abrams on payment to T.N. | **December 4, 2024** | **December 4, 2024** |
| 637 | Clip 9 from Exhibit 602: P. Abrams on reciprocation | | |

| No. | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 638 | Clip 10 from Exhibit 602: P. Abrams on telling other people | **December 4, 2024** | **December 4, 2024** |
| **Pictures** | | | |
| 700 | N. Palma DMV Photo | **December 4, 2024** | **December 4, 2024** |
| 701 | A. Catbagan DMV Photo | **December 4, 2024** | **December 4, 2024** |
| 702 | P. Abrams DMV Photo | **December 4, 2024** | **December 4, 2024** |
| 703 | M. Vargas DMV Photo | | |
| **Miscellaneous** | | | |
| 800 | 902(11) - Magnolia Bank of America Account (0802) | | |
| 801 | 902(11) – Medical Records (M.D.) | | |
| 802 | 902(11) – Medical Records (E.W.) | | |
| 803 | 902(11) – Medical Records (D.J.C.) | | |
| 804 | 902(11) – Medical Records (J.P.G.) | | |
| 805 | 902(11) – Medical Records (T.N.) | | |
| 806 | Dr. John Thropay Text Message Authentication | **December 9, 2024** | |
| **Demonstratives** | | | |
| 1000 | Anti-Kickback Statute (Word version) | **December 4, 2024** | |

13

| No. | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 1001 | Anti-Kickback statute | **December 9, 2024** | |
| 1002 | Transcript of February 13, 2018 interview | **December 9, 2024** | |
| 1003 | Grand Jury Transcript | **December 9, 2024** | |